**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Raed SAIF, also known as Mike,**
**Defendant–Appellant.**

**No. 07–11033**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 29, 2008.

Joseph Michael Revesz, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, John Preston Bradford, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Raed Saif, Fort Worth, TX, pro se.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Raed Saif has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Saif has filed a response. The record is insufficiently developed to allow consideration at this time of Saif's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Saif's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Saif's motion for the appointment of substitute counsel is DENIED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.